# Exhibit B to Motion

Proposed Form of Sale Order

[To Be Filed]