# Exhibit D to Motion

**Bidding Procedures Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNILIFE CORPORATION, et al.,[1] | ) | Case No. 17-10805 LSS |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

Objection Deadline:
Hearing Date:

### NOTICE OF BIDDING PROCEDURES[2]

**PLEASE TAKE NOTICE** that on _____, 2017, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed a motion (the "Bidding Procedures and Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on _____, 2017, the Bankruptcy Court entered an order [Docket No. _____] (the "Bidding Procedures Order") approving Bidding Procedures (the "Bidding Procedures"), which set key dates, times and procedures related to the sale of substantially of the Debtors' assets (the "Transferred Assets"). **All interested bidders should carefully read the Bidding Procedures.** To the extent that there are any inconsistencies between the Bidding Procedures and the summary description of the terms and conditions contained in this Notice, the terms of the Bidding Procedures shall control.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have been and will continue to market the Transferred Assets in advance of the Auction. To be eligible to participate in the Auction, each Bid and each Bidder must be determined by the Debtors to comply with the conditions set forth in the Bidding Procedures. The deadline to submit a Qualified Bid is _____, 2017 (the "Bid Deadline"). To be considered, any Bid must comply with the requirements set forth in the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures Order, an auction (the "*Auction*") will be conducted at the offices of Debtors' proposed counsel, Cozen O'Connor, 1201 North Market Street, Suite 1001 Wilmington, Delaware 19801 on _____, 2017 or such later time on such day or other place as the Debtors shall notify all Bidders

---

[1] The Debtors in these chapter 11 cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Unilife Corporation (9354), Unilife Medical Solutions, Inc. (9944), and Unilife Cross Farm LLC (3994). The Debtors' corporate headquarters and the mailing address for each Debtor is 250 Cross Farm Lane, York, PA 17406.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Bidding Procedures or the Bidding Procedures Order, as applicable.

LEGAL\29965351\1

who have submitted Qualified Bids, or at another location as may be timely disclosed by the Debtors to all Qualified Bidders.

PLEASE TAKE FURTHER NOTICE that, by _____, 2017, the Debtors shall send a notice to each Contract Counterparty to an executory contract or unexpired lease setting forth the Debtors' calculation of the cure amount, if any, that would be owing to such counterparty if the Debtors decided to assume or assume and assign such executory contract or unexpired lease, and alerting such nondebtor party that their contract may be assumed and assigned to the Successful Bidder (the "Cure and Possible Assumption and Assignment Notice"). **Any Contract Counterparty that objects to the cure amount set forth in the Cure and Possible Assumption and Assignment Notice or the possible assignment of their executory contract or unexpired lease to the Successful Bidder must file an objection (a "Cure or Assignment Objection") on or before 4:00 p.m. prevailing Eastern Time on _____, 2017, which Cure or Assignment Objection must be served on (i) proposed counsel for the Debtors, Cozen O'Connor, 1201 North Market Street, Suite 1001 Wilmington, Delaware 19801 Attn: Mark E. Felger (mfelger@cozen.com) and Cozen O'Connor, 277 Park Avenue, New York, NY 10172 Attn: Frederick E. Schmidt, Jr. (eschmidt@cozen.com); (ii) counsel to ROS, Pachulski Stang Ziehl & Jones, 150 California Street, 15th Floor, San Francisco, CA 94111-4500, Attn: Henry C. Kevane (hkevane@pszjlaw.com); (iii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Ste. 2008 – Lockbox #35, Wilmington, DE 19801, Attn: _____; and (iv) the Clerk of the Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, so that it is actually received no later than 4:00 p.m. prevailing Eastern Time on _____, 2017. If a Contract Counterparty does not timely file and serve a Cure or Assignment Objection, that party will be forever barred from objecting to (a) the Debtors' proposed cure amount, or (b) the assignment of that party's executory contract or unexpired lease to the Successful Bidder.**

PLEASE TAKE FURTHER NOTICE that a hearing will be held to confirm the results of the Auction and approve the transactions contemplated in the Bidding Procedures and the Bidding Procedures and Sale Motion to the Successful Bidder at the Auction (the "Sale Hearing") before the Honorable _____, on _____, 2017 at __.m. (prevailing Eastern Time), or at such time thereafter as counsel may be heard. The Sale Hearing may be continued from time to time by the Bankruptcy Court or the Debtors without further notice other than such adjournment announced in open court or a notice of adjournment filed with the Bankruptcy Court and served on the Notice Parties and the entities who have filed objections to the Bidding Procedures and Sale Motion, without further notice to other parties in interest. **Objections to the sale of the Transferred Assets to the Successful Bidder or the Backup Bidder must be filed and served so that they are actually received by the Debtors no later than 4:00 p.m. (prevailing Eastern Time) on _____, 2017.**

PLEASE TAKE FURTHER NOTICE that this Notice is subject to the full terms and conditions of the Bidding Procedures and the Bidding Procedures Order, which shall control in the event of any conflict with this Notice. The Debtors encourage parties in interest to review such documents in their entirety. A copy of the Bidding Procedures and the Bidding Procedures Order may be obtained (i) by contacting proposed counsel for the Debtors, Cozen O'Connor, 1201 North Market Street, Suite 1001 Wilmington, Delaware 19801 Attn: Mark E. Felger

(mfelger@cozen.com) and Cozen O'Connor, 277 Park Avenue, New York, NY 10172 Attn: Frederick E. Schmidt, Jr. (eschmidt@cozen.com), or (ii) for a fee via PACER at http://www.deb.uscourts.gov.

Dated: _____, 2017

| | |
|---|---|
| COZEN O'CONNOR<br>Mark E. Felger<br>Keith Kleinman<br>1201 North Market Street, Ste 1001<br>Wilmington, DE 19801<br>Telephone: (302) 295-2087<br>Fax: (302) 295-2013<br>mfelger@cozen.com<br>kkleinman@cozen.com<br>PROPOSED COUNSEL FOR THE DEBTORS | COZEN O'CONNOR<br>Frederick E. Schmidt, Jr.<br>377 Park Avenue<br>New York, NY 10172<br>Telephone: (212) 883-4948<br>Fax: (646) 588-1552<br>eschmidt@cozen.com<br>PROPOSED COUNSEL FOR THE DEBTORS |

LEGAL\29965351\1