**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNILIFE CORPORATION, *et al.*,[1] | ) | Case No. 17-10805 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Hearing Date: May 4, 2017 at 2:00 p.m. |
| | ) | Objection Deadline: April 27, 2017 at 4:00 p.m. |
| | ) | Related Docket Nos. 11, 48 |

**NOTICE OF ENTRY OF INTERIM ORDER AND NOTICE OF FINAL HEARING REGARDING DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105(A) AND 366 OF THE BANKRUPTCY CODE (I) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICES TO, OR DISCRIMINATING AGAINST, THE DEBTORS ON ACCOUNT OF PREPETITION AMOUNTS DUE; (II) DEEMING UTILITY PROVIDERS ADEQUATELY ASSURED OF FUTURE PERFORMANCE; (III) AUTHORIZING THE DEBTORS TO ESTABLISH THE ADEQUATE ASSURANCE DEPOSIT ACCOUNT AND PAY THE ADEQUATE ASSURANCE DEPOSIT; (IV) ESTABLISHING PROCEDURES FOR OBJECTION TO THE ADEQUATE ASSURANCE PROCEDURES; AND (V) GRANTING CERTAIN RELATED RELIEF**

TO: (i) Office of the United States Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) Debtors' twenty (20) largest unsecured creditors; (v) counsel to the DIP Lender; (vi) counsel to Amgen Inc. (vii) all parties requesting notice pursuant to Rule 2002

PLEASE TAKE NOTICE that, on April 12, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(A) and 366 of the Bankruptcy Code (I) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors on Account of Prepetition Amounts Due; (II) Deeming Utility Providers Adequately Assured of Future Performance; (III) Authorizing the Debtors to Establish the Adequate Assurance Deposit Account and Pay the Adequate Assurance Deposit; (IV) Establishing Procedures for Objection to the Adequate Assurance Procedures; and (V) Granting Certain Related Relief** [Docket No. 11] (the "Motion").

PLEASE TAKE FURTHER NOTICE that, on April 13, 2017, the United States Bankruptcy Court for the District of Delaware entered the **Interim Order Pursuant to Section 366 of the Bankruptcy Code: (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors on Account of Prepetition Amounts Due; (B) Authorizing the Debtors to Establish the Adequate Assurance Deposit Account and Pay the Adequate Assurance Deposit; (C) Establishing**

---

[1] The Debtors in these chapter 11 cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Unilife Corporation (9354), Unilife Medical Solutions, Inc. (9944), Unilife Cross Farm LLC (3994). The Debtors' corporate headquarters and the mailing address for each Debtor is 250 Cross Farm Lane, York, PA 17406.

**Procedures to Object to the Motion; and (D) Scheduling a Final Hearing** [Docket No. 48] (the "Interim Order").

      PLEASE TAKE FURTHER NOTICE that objections, if any, to the entry of a final order approving the Motion must be filed on or before **April 27, 2017 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. At the same time, you must serve a copy of the response upon the following parties so as to be received on or before the Objection Deadline: (i) proposed counsel to the Debtors, Mark E. Felger, Esq. and Keith L. Kleinman, Cozen O'Connor, 1201 N. Market Street, Suite 1400, Wilmington, DE 19801 (ii) counsel to any Statutory Committee; (iii) counsel to the DIP Lender, Laura Davis Jones, Esq. Pachulski Stang Ziehl & Jones LLP; Jeffrey H. Davidson, Esq., Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067; and Henry C. Kevanc, Esq. and Debra Grassgreen, Esq., Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111; (iii) counsel to Amgen Inc., Norman L. Pernick, Esq., Cole Schotz P.C., 500 Delaware Avenue, Wilmington, DE 19801 and James M. Wilton, Esq., Ropes & Gray LLP, 800 Boylston Street, Boston, MA 02199 and (iv) the Office of the United States Trustee, attn: Mark Kenney, Esq., J. Caleb Boggs Federal Bldg., 844 North King Street, Room 2207, Lockbox 35, Wilmington, DE 19801.

      PLEASE TAKE FURTHER NOTICE that a hearing on the Motion to consider the entry of a final order will be held on **May 4, 2017 at 2:00 p.m. (Eastern Time)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

      PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this Notice, the Court may grant the relief requested and enter a final order without further notice or hearing.

Dated: April 14, 2017          COZEN O'CONNOR

                                    Mark E. Felger (No. 3919)
                                    Keith L. Kleinman (No. 5693)
                                    1201 N. Market St., Ste. 1400
                                    Wilmington, DE 19801
                                    Telephone: (302) 295-2000 /
                                    Facsimile: (302) 295-2013
                                    Email: mfelger@cozen.com; kkleinman@cozen.com

                                    *Proposed Counsel for Debtors*
                                    *and Debtors-in-Possession*