IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNILIFE CORPORATION, et al.,[1] | ) | Case No. 17-10805 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket No. 12** |

### CERTIFICATION OF COUNSEL REGARDING INTERIM ORDER (I) AUTHORIZING DEBTORS-IN-POSSESSION TO OBTAIN POSTPETITION SECURED SUPERPRIORITY FINANCING, (II) AUTHORIZING USE OF CASH COLLATERAL, (III) GRANTING ADEQUATE PROTECTION, (IV) SCHEDULING FINAL HEARING, AND (V) GRANTING CERTAIN RELATED RELIEF

Mark E. Felger, Esq., proposed counsel for the above-captioned debtors, as debtors-in-possession (collectively, the "Debtors"), hereby certifies as follows:

1. On April 12, 2017 (the "Petition Date"), each of the Debtors filed with this Court a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their businesses and manage their affairs as debtors-in-possession.

2. On the Petition Date, the Debtors filed, among other things, the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors-in-Possession to Obtain Postpetition Secured Superpriority Financing, (II) Authorizing use of Cash Collateral, (III) Granting Adequate Protection, (IV) Scheduling Final Hearing, and (V) Granting Certain Related Relief [D.I. No. 12] (the "DIP Motion").

---

[1] The Debtors in these Chapter 11 cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follows in parentheses): Unilife Corporation (9354), Unilife Medical Solutions, Inc. (9944), Unilife Cross Farm LLC (3994). The Debtors' corporate headquarters and the mailing address for each Debtor is 250 Cross Farm Lane, York, PA 17406.

3.  On April 13, 2017, the Court held a hearing on first day motions and applications (the "First Day Hearing"). At the First Day Hearing, the Debtors sought, among other things, entry of an Interim Order (I) Authorizing Debtors-in-Possession to Obtain Postpetition Secured Superpriority Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Scheduling Final Hearing, and (V) Granting Certain Related Relief (the "Interim DIP Order").

4.  During the First Day Hearing, the Court provided certain comments and revisions to the Interim DIP Order which the Court requested that the parties address in a revised Interim DIP Order to be submitted under certification of counsel. Attached hereto as Exhibit "A" is a revised proposed form of Interim DIP Order (the "Revised Interim DIP Order") incorporating the Court's comments and revisions, which has been reviewed and approved by the DIP Lender, ROS Acquisition Offshore LP. The Revised Interim DIP Order was also provided to counsel for Amgen, Inc. and the United States Trustee and they had no additional comments.

5.  Attached hereto as Exhibit "B" is a redline showing the changes made from the form of Interim DIP Order proposed at the First Day Hearing. Attached hereto as Exhibit "C" is a redline showing the changes from the form of Interim DIP Order originally submitted with the DIP Motion. The parties remain available at the Court's convenience to address any questions.

[remainder of page left intentionally blank]

6. The undersigned respectfully requests that the Court enter the Revised Proposed Interim DIP Order at its earliest convenience.

Dated: April 14, 2017                COZEN O'CONNOR

*(signature)*

---

Mark E. Felger (No. 3919)
Keith L. Kleinman (No. 5693)
1201 N. Market St., Ste. 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
Email:  mfelger@cozen.com; kkleinman@cozen.com

*Proposed Counsel for Debtors
and Debtors-in-Possession*