## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNILIFE CORPORATION, *et al.*,[1] | ) | Case No. 17-10805 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: May 8, 2017 at 10:00 a.m.** |
| | ) | **Objection Date: May 1, 2017 at 4:00 p.m.** |

## NOTICE OF MOTION

TO:  (i) Office of the United States Trustee; (ii) the Debtors' twenty (20) largest unsecured creditors on a consolidated basis; (iii) the Debtors' prepetition and postpetition secured lenders; and (iv) all parties requesting notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE THAT** the Debtors have filed the attached *Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** any objections or responses to the Motion must be made in writing, filed with the Bankruptcy Court and served upon the undersigned proposed counsel for the above-captioned debtors and debtors-in-possession (the "Debtors"), so as to actually be received by the Bankruptcy Court and the Debtors' proposed counsel on or before **May 1, 2017 at 4:00 p.m.** (Eastern Time).  If no objections are timely filed in accordance with the above procedures, the Debtors shall file a Certificate of No Objection and the Bankruptcy Court may grant the relief requested in the Motion without further notice of hearing.

Mark E. Felger, Esquire
Keith L. Kleinman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Motion will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **May 8, 2017 at 10:00 a.m.**

---

[1] The Debtors in these Chapter 11 cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Unilife Corporation (9354), Unilife Medical Solutions, Inc. (9944), Unilife Cross Farm LLC (3994).  The Debtors' corporate headquarters and the mailing address for each Debtor is 250 Cross Farm Lane, York, PA 17406.

Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at and receive notice of such hearing.

Dated: April 18, 2017                                    COZEN O'CONNOR

/s/ Keith L. Kleinman
Mark E. Felger (No. 3919)
Keith L. Kleinman (No. 5693)
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: mfelger@cozen.com;
kkleinman@cozen.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*