IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UNILIFE CORPORATION, et al.,[1] | Case No. 17-10805 (LSS) |
| Debtors. | (Jointly Administered) |

**Hearing Date: [Proposed] May 8, 2017 at 10:00 a.m.**
**Objection Deadline: [Proposed] May 5, 2017 at 4:00 p.m.**

## NOTICE OF MOTION

TO:   Office of the United States Trustee; Counsel for ROS; Counsel for Amgen; 20 largest unsecured creditors in these cases; and any party that has requested notice under Bankruptcy Rule 2002(i)

The above-referenced Debtors and Debtors-in-Possession ("Movants") have filed the attached *Debtors' Motion for Approval of Key Employee Incentive Plan* (the "Motion").

If you wish to object or otherwise respond to the Motion, you must do so on or before **May 5, 2017 at 4:00 p.m.** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon Movants' counsel:

> Mark E. Felger, Esquire
> Keith L. Kleinman, Esquire
> Cozen O'Connor
> 1201 North Market Street
> Suite 1001
> Wilmington, DE 19899
> mfelger@cozen.com
> kkleinman@cozen.com

A hearing on the Motion will be held on **May 8, 2017 at 10:00 a.m.** before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 2, 824 North Market Street, Wilmington, Delaware.

---

[1] The Debtors in these Chapter 11 Cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Unilife Corporation (9354), Unilife Medical Solutions, Inc. (9944), and Unilife Cross Farm LLC (3994). The Debtors' corporate headquarters and the mailing address for each Debtor is 250 Cross Farm Lane, York, PA 17406.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 25, 2017

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
Keith L. Kleinman (5693)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
mfelger@cozen.com
kkleinman@cozen.com

Proposed Counsel for the Debtors

2