# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| UNILIFE CORPORATION, *et al.*,[1] ) | Case No. 17-10805 (LSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | **Related Docket Nos. 80, 81** |

## ORDER GRANTING MOTION TO SHORTEN NOTICE OF HEARING REGARDING DEBTORS' MOTION FOR APPROVAL OF KEY EMPLOYEE INCENTIVE PLAN

Upon consideration of the *Debtors' Motion to Shorten Notice of Hearing* (the "Motion to Shorten") regarding the *Debtors' Motion for Approval of Key Employee Incentive Plan* (the "Motion");[2] and the Bankruptcy Court having determined that adequate notice of the Motion to Shorten has been given; it is hereby

**ORDERED** that the Debtors' request to shorten notice of the hearing on the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that service of the Motion to Shorten given to the Service Parties, as provided in the Motion to Shorten, is adequate, sufficient and satisfies the required notice to be provided of the Motion to Shorten; and it is

**FURTHER ORDERED** that an expedited hearing with reference to the Motion will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court Judge at the United States Bankruptcy Court, 824 Market N. Street, 6th Floor, Courtroom No. 2, Wilmington, DE 19801 on **May 8, 2017 at 10:00 a.m. (Eastern Time)**, (the "Expedited Hearing"); and it is

**FURTHER ORDERED** that objections or responses in opposition to the Motion, if any, are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 North

---

[1] The Debtors in these Chapter 11 cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Unilife Corporation (9354), Unilife Medical Solutions, Inc. (9944), Unilife Cross Farm LLC (3994). The Debtors' corporate headquarters and the mailing address for each Debtor is 250 Cross Farm Lane, York, PA 17406.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Motion.

Market Street, Wilmington, Delaware on or before **4:00 p.m. (Eastern Time) on May 5, 2017**; and it is

**FURTHER ORDERED** that the Debtors shall serve a copy of this Order as well as a copy of the Motion, if not previously served, upon the Service Parties identified in the Motion to Shorten immediately following the entry of this Order, and that such service shall constitute adequate notice of the date and time for the hearing on the Motion.

Dated: April 25, 2017

BY THE COURT:

*[signature]*
Honorable Laurie Selber Silverstein
United States Bankruptcy Judge