**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Unilife Corporation, *et al.,* | : | Case No. 17-10805 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **MTD Micro Molding, Inc.**, Attn: Dennis Tully, 15 Trolley Crossing RD, Charlton, MA 01507, Phone: 508-248-0111, Ext 27; Fax: 508-248-0777

2. **Kahle Automation**, Attn: Julie Logothetis, 89 Headquarters Plaza, N. 3rd Floor, Morristown, NJ 07960, Phone: 973-993-1850

ANDREW R. VARA
Acting United States Trustee, Region 3

/s/ Mark Kenney  for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: June 2, 2017

Attorney assigned to this Case: Mark Kenney, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark E. Felger, Esq., Phone: 302-295-2000, Fax: 302-295-2013