IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNILIFE CORPORATION, *et al.*,[1] | ) | Case No. 17-10805 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 28, 2017 AT 11:00 A.M.**

**UNCONTESTED MATTER:**

1. Debtors' Motion for Approval of Settlement of Certain Claims with Present and Former Officers and Directors, and Certain Plaintiffs and Their Counsel [Docket No. 406; Filed 10/30/17]

   Objection Deadline:   November 21, 2017 at 4:00 p.m.

   Responses Received:   None to date.

   Related Documents:

   (a)   Notice of Filing of Corrected Exhibit [Docket No. 407; Filed 10/30/17]

   Status:   If no objections are filed with the Court, a Certificate of No Objection will be filed on November 22, 2017.

**FEE APPLICATION:**
*(Fee Application binder was delivered to Chambers on November 17, 2017)*

2. First and Final Application of SSG Advisors, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from April 12, 2017 through July 25, 2017 [Docket No. 381; Filed 10/9/17]

   Objection Deadline:   October 30, 2017 at 4:00 p.m.

   Responses Received:   None

---

[1] The Debtors in these Chapter 11 cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Unilife Corporation (9354), Unilife Medical Solutions, Inc. (9944), Unilife Cross Farm LLC (3994). The Debtors' corporate headquarters and the mailing address for each Debtor is 250 Cross Farm Lane, York, PA 17406.

Related Documents:

    (a)    Certificate of No Objection (No Ordered Required) [Docket No. 408; Filed 11/1/17]

Status: A Certificate of No Objection has been filed with the Court.

Dated: November 21, 2017

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
Keith L. Kleinman (No. 5693)
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Fax: (302) 295-2013
Email: mfelger@cozen.com
kkleinman@cozen.com

*Counsel to the Debtors
and Debtors-in-Possession*

2