IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNILIFE CORPORATION, *et al.*,[1] | ) | Case No. 17-10805 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 13, 2017 AT 10:00 A.M. (ET)**

**UNCONTESTED MATTER GOING FORWARD:**

1. Debtors' First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 394; Filed 10/24/17]

   Related Documents:

   (a) Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 378; Filed 10/4/17]

   (b) Motion of the Debtors for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief [Docket No. 379; Filed 10/4/17]

   (c) Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief [Docket No. 400; Filed 10/25/17]

   (d) Non-Material Modifications to First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 403; Filed 10/26/17]

   (e) Second Non-Material Modifications to First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 425; Filed 11/29/17]

---

[1] The Debtors in these Chapter 11 cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): Unilife Corporation (9354), Unilife Medical Solutions, Inc. (9944), Unilife Cross Farm LLC (3994). The Debtors' corporate headquarters and the mailing address for each Debtor is 250 Cross Farm Lane, York, PA 17406.

(f) Plan Supplement to First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 426; Filed 11/29/17]

(g) Declaration of Mark E. Felger regarding Voting and Tabulation of Ballots for the Debtors' First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 430; Filed 12/7/17]

(h) Declaration of John Ryan in Support of Approval and Confirmation of Debtor's First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 432; Filed 12/8/17]

(i) Proposed Findings of Fact, Conclusions of Law and Order Approving and Confirming the Debtors' First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 434; Filed 12/8/17]

(j) Notice of Filing of Proposed Findings of Fact, Conclusions of Law and Order Approving and Confirming the Debtors' First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 435; Filed 12/8/17]

<u>Objection Deadline</u>:   December 6, 2017 at 4:00 p.m.

<u>Responses Received</u>:  None.

<u>Status</u>:  The hearing on this matter is going forward.

Dated: December 8, 2017

COZEN O'CONNOR

Mark E. Felger (No. 3919)
Keith L. Kleinman (No. 5693)
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Fax: (302) 295-2013
Email: mfelger@cozen.com
kkleinman@cozen.com

*Counsel to the Debtors
and Debtors-in-Possession*